## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL CALVIN REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No.** |
| v. | ) | **11-40193-FDS** |
| | ) | |
| SHERIFF EVANGELIDAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

**SAYLOR, J.**

For the reasons stated below, this action is hereby dismissed without prejudice. On October 18, 2011, plaintiff Michael Calvin Reed, a prisoner, filed this *pro se* complaint and a motion for leave to proceed *in forma pauperis*. On November 7, 2011, the Court issued an Order denying without prejudice Reed's *in forma pauperis* motion for failure to submit a prison trust account statement for the six-month period prior to the filing of this action. The Court further directed Reed to either: (1) pay the $350 filing fee; or (2) file a renewed motion for leave to proceed *in forma pauperis* accompanied by his certified six-month prison account statement within 35 days. To date, Reed has failed to file any response to the Court's November 7, 2011 Order, and the time period for doing so has expired. Based on the foregoing, this Court hereby orders that this action is DISMISSED without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 21, 2011